**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Defendant Mr. Sanchez-Solorzano

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**OSCAR ALBERTO SANCHEZ-<br>　　　　SOLORZANO,**<br><br>　　　　　Defendant. | Case No. 08mj1182<br><br>**NOTICE OF APPEARANCE** |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 22, 2008　　　　　　　　　　　　 *s/ Carey D. Gorden*
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　carey_gorden@fd.org