**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Mr. Sanchez-Solorzano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OSCAR ALBERTO SANCHEZ-** )<br>**SOLORZANO**, )<br>)<br>Defendant. )<br>) | Case No. 08mj1182<br><br>**PROOF OF SERVICE** |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **ASSISTANT UNITED STATES ATTORNEY**
   efile.dkt.gc1@usdoj.gov,

Dated: April 22, 2008
                        s/ *Carey D. Gorden*
                        **CAREY D. GORDEN**
                        Federal Defenders of San Diego, Inc.
                        225 Broadway, Suite 900
                        San Diego, CA 92101-5030
                        (619) 234-8467 (tel)
                        (619) 687-2666 (fax)
                        e-mail: carey_gorden@fd.org